562-15

# ELECTRONIC RECORD

COA # 06-14-00112-CR          OFFENSE: 3

STYLE: Rashad Lee v. The State of Texas          COUNTY: Morris

COA DISPOSITION: Affirmed          TRIAL COURT: 76th District Court

DATE: 04/09/15          Publish: No          TC CASE #: 10,947CR

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Rashad Lee v. The State of Texas          CCA #: 562-15

PRO SE          Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

REFUSED          JUDGE: _____

DATE: 09/16/2015          SIGNED: _____          PC: _____

JUDGE: _Per Curiam_          PUBLISH: _____          DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**